IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE B. HERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MILANO RESTAURANT INC.<br>d/b/a Me N Ed's Pizzeria,<br><br>    Defendant.<br>_____/ | 1:12 cv 957 LJO GSA<br><br>ORDER TO SUBMIT APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br>OR PAY FILING FEE NO LATER THAN<br>**AUGUST 3, 2012** |

Plaintiff is proceeding pro se and filed a complaint in this civil action on June 13, 2012. (Doc. 1). At that same time, Plaintiff requested that an application to proceed in forma pauperis be sent to him. (Doc. 2). An application to proceed in forma pauperis was mailed to Plaintiff on June 15, 2012. However, to date, Plaintiff has not submitted a completed in forma pauperis application form pursuant to 28 U.S.C. § 1915, nor has paid the $350.00 filing fee. Accordingly, IT IS HEREBY ORDERED that:

**No later than August 3, 2012**, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action

**Failure to comply with this order will result in this action be dismissed.**

IT IS SO ORDERED.

Dated:   **July 17, 2012**        **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE