# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE B. HERNANDEZ, | 1:12 cv 957 LJO GSA |
| Plaintiff, | |
| | **ORDER GRANTING IN FORMA PAUPERIS APPLICATION** |
| MILANO RESTAURANT INC. d/b/a Me N Ed's Pizzeria, | (Doc. 4) |
| Defendant. / | |

   Plaintiff is proceeding pro se and filed a complaint in this civil action on June 13, 2012. He filed an application to proceed in forma pauperis on July 27, 2012. Plaintiff has made the showing required by section 1915(a), and accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

   IT IS SO ORDERED.

   Dated:   **July 31, 2012**          /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

-1-